IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELLE FIGUEROA and DAISY FRANKLIN, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>EVERALBUM, INC.,<br><br>    Defendant. | No. C 17-05909 JSW<br><br>**JUDGMENT** |

Pursuant to the Court's Order granting Defendant Everalbum Inc.'s motion for summary judgment on May 9, 2018, and the grant of sanctions in the amount of $111,441, it is HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendant and against Plaintiffs.

**IT IS SO ORDERED.**

Dated:   June 19, 2019

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE